

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

IN RE:  STEPHANIE HALL,

§     No. 08-16-00330-CV

§     AN ORIGINAL PROCEEDING

Relator.

§     IN MANDAMUS

§

**J U D G M E N T**

The court has considered this cause on the Relator′s petition for writ of mandamus against the Honorable Guy Herman, Presiding Judge of the Statutory Probate Courts, and concludes that Relator′s petition for writ of mandamus should be denied.  We therefore deny the petition for writ of mandamus, in accordance with the opinion of this court.

IT IS SO ORDERED THIS 25TH DAY OF JANUARY, 2017.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.